176 So. 312

### Brock WALLACE v. STATE.

### 8 Div. 828.

Supreme Court of Alabama.

Oct. 7, 1937.

Murphy & Pounders, of Florence, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Petition of Brock Wallace for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Wallace v. State, 27 Ala.App. 537, 176 So. 310.

Writ denied.

ANDERSON, C. J., and GARDNER, THOMAS, and BOULDIN, JJ., concur.

176 So. 316

### Ashford STANFORD v. STATE.

### 8 Div. 817.

Supreme Court of Alabama.

Oct. 7, 1937.

A. A. Carmichael, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

Bradshaw & Barnett, of Florence, opposed.

BOULDIN, Justice.

Petition of the State of Alabama, by and through its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Ashford Stanford v. State, 27 Ala.App. 543, 176 So. 315.

Writ denied.

ANDERSON, C. J., and GARDNER and THOMAS, JJ., concur.